PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. **William Won Do Jang**     Docket No. **1:CR-00-044-01**

### Petition on Probation and Supervised Release

COMES NOW _____Fonda L. Steele_____ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **William Won Do Jang**, who was placed on supervision by the Honorable _William W. Caldwell, U.S. District Judge_ sitting in the court at Harrisburg, PA, on the 12th day of September 2000 who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

> The defendant shall pay any balance of the restitution imposed by this judgment, which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $150.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mr. Jang was ordered to pay restitution in the amount of $123,855.65. The defendant appears to have made payments to the best of his ability and in accordance with the special conditions of his supervision; however, a restitution balance of $120,880.65 remains. Mr. Jang acknowledges his restitution obligation and has expressed a willingness to continue payments. To this end, he has executed an Agreement (copy attached) to continue making payments after his expiration date. Mr. Jang has complied with the other conditions of supervision and there does not appear to be any basis for violation action.

Assistant U.S. Attorney Bruce Brandler was advised of the foregoing and has no objection to the proposed expiration.

PRAYING THAT THE COURT WILL ORDER **that the defendant's term of supervised release be permitted to expire on September 9, 2005 without further action of the Court.**

ORDER OF THE COURT                                    Respectfully,

Considered and ordered this ___ day
of ___August___, 2005 and ordered filed          _Fonda L. Steele_
and made a part of the records in the above       Fonda L. Steele
case.                                             U.S. Probation Officer
_____
U.S. District Judge                               Place __Harrisburg, PA__
                                                  Date __August 23, 2005__