# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. **William Won Do Jang**          Docket No. 1:CR-00-044-01

### Petition on Probation and Supervised Release

COMES NOW _____Fonda L. Steele_____ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **William Won Do Jang**, who was placed on supervision by the Honorable William W. Caldwell, U.S. District Judge sitting in the court at Harrisburg, PA, on the 12th day of September 2000 who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

> The defendant shall pay any balance of the restitution imposed by this judgment, which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $150.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mr. Jang was ordered to pay restitution in the amount of $123,855.65. The defendant appears to have made payments to the best of his ability and in accordance with the special conditions of his supervision; however, a restitution balance of $120,880.65 remains. Mr. Jang acknowledges his restitution obligation and has expressed a willingness to continue payments. To this end, he has executed an Agreement (copy attached) to continue making payments after his expiration date. Mr. Jang has complied with the other conditions of supervision and there does not appear to be any basis for violation action.

Assistant U.S. Attorney Bruce Brandler was advised of the foregoing and has no objection to the proposed expiration.

PRAYING THAT THE COURT WILL ORDER **that the defendant's term of supervised release be permitted to expire on September 9, 2005 without further action of the Court.**

ORDER OF THE COURT

Considered and ordered this 24th day of August, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Respectfully,

_Fonda L. Steele_
Fonda L. Steele
U.S. Probation Officer

Place  Harrisburg, PA
Date   August 23, 2005

FILED
HARRISBURG, PA
AUG 24 2005
_____/s/_____ CLERK
      Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   CRIMINAL NO. 1:00-CR-044-01
                                  :
**WILLIAM WON DO JANG**           :

## AGREEMENT REGARDING UNPAID RESTITUTION

The following agreement is entered into by William Won Do Jang, defendant in the above-captioned case, in recognition of his obligation to the victims to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On September 12, 2000, the defendant was sentenced based on his conviction at the above-captioned criminal number and directed by United States District Judge William W. Caldwell, as a condition of supervised release, to make restitution in the amount of $123,855.65 during a period of supervised release of three years which began on September 10, 2002.

2. The defendant acknowledges that he has failed to comply with the restitutionary portion of the Court's sentence and that he presently owes the victims **$120,880.65.**

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill his restitutionary obligation under the above-described sentence, consideration will be given to allowing the defendant's period of supervised release to expire as originally set by the Court. The defendant realizes that his failure to pay the above restitution obligation could form a basis for the revocation of supervised release and re-sentencing by the District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon

assets owned by the defendant, the defendant hereby agrees to make restitution payments of $150.00 to be disbursed to the victims in the total amount of **$120,880.65**, said payments to be made on a monthly basis between the first and fifteenth day of each month. Payments are to be made through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108. Additionally, the defendant agrees, should his personal finances improve, to increase the monthly payments accordingly. Further, the defendant agrees that if he moves from his residence at 1115 Rolleston Street, Harrisburg, Pennsylvania, he will notify the Clerk, U.S. District Court.

    5. The defendant further agrees and confesses judgment for the total unpaid restitution in the amount of **$120,880.65** to the victims and authorizes the named victims and their attorneys to enter judgment against him for said amount in any appropriate court for the full amount. It is the defendant's intention that he be bound by this confession of judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

                                                                                     _____
                                                                                      Defendant
                                                                                     _____
                                                                                     Witness

Sworn to and subscribed before
me this 23rd day of
August, 2005.

_____
Deputy Clerk